UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Planntiff,

v.                                                  Case No: 6:95-CR-91-Orl-19GJK

ELIJAH WILLIAMS,

    Defendant.

> GRANTED and SO ORDERED this
> 16 day of Feb., 2012
> G. KENDALL SHARP
> United States District Judge

MOTION FOR ADDITIONAL CORRECTIONAL
TREATMENT PURSUANT TO §3553(a)(2)(D)

Comes Now, Defendant Elijah Williams, who respectfully seeks to petition this Honorable Court pursuant to its jurisdiction found in § 3553(a)(2)(D) for additional correctional treatment of Alcohol Abuse and Dependency.

This petition is base upon the fact that the defendant seeks to participate in the **500 hours Residential Drug Abuse Program (RDAP)** pursuant to § 3621(e) for additional correction and treatment for a prior dependency on alcohol, for which

1